To. Judge: MHN
No: 1.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

RECEIVED
SEP 03 2008 LCN
SEP 03 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Mr. Michael Gladhill, Pro-Se.

Petitioner, Pro-Se.

_____
(Enter above the full name
of the plaintiff or plaintiffs in
this action)

**08CV5009**
**JUDGE BUCKLO**
**MAG. JUDGE VALDEZ**

vs.

Case No: _____
(To be supplied by the Clerk of this Court)

White Side County Jail, ▬. States Attorney: ▬▬▬▬, Gary L. Spencer, ▬.
Sheriff: Roger Schipper, ▬. Capt. Rod Herrick ▬
Deputy Sheriff: Larry Smith, ▬. witness For Plaintiff: Rick Cavazos. ▬
Deputy Sheriff: Kelly Wilthelm¹ᵗ, ▬. Deputy Sheriff: Mark Newman, ▬
Deputy Sheriff: Bill Connelly, ▬. Chief Deputy: Larry VanDyke, ▬
Deputy Sheriff: Bill Williams, ▬. Deputy Sheriff: Brian Vogel, ▬
(Enter above the full name of ALL
defendants in this action. Do not
use "et al.")  witness: Mr. Lopez, Counselor at Dixon Correctional Center.

**CHECK ONE ONLY:**

__✓__ COMPLAINT UNDER THE CIVIL RIGHTS ACT, TITLE 42 SECTION 1983
U.S. Code (state, county, or municipal defendants)

_____ COMPLAINT UNDER THE CONSTITUTION ("BIVENS" ACTION), TITLE
28 SECTION 1331 U.S. Code (federal defendants)

_____ OTHER (cite statute, if known)

*BEFORE FILLING OUT THIS COMPLAINT, PLEASE REFER TO "INSTRUCTIONS FOR
FILING." FOLLOW THESE INSTRUCTIONS CAREFULLY.*

I. Plaintiff(s):

　A. Name: Mr. Michael C. Gladhill

　B. List all aliases: None.

　C. Prisoner identification number: B-53838.

　D. Place of present confinement: Dixon Correctional Center.

　E. Address: 2600 N. Brighton Ave. Dixon, Illinois. 61021.

(If there is more than one plaintiff, then each plaintiff must list his or her name, aliases, I.D. number, and current address according to the above format on a separate sheet of paper.)

II. Defendant(s):
(In A below, place the full name of the first defendant in the first blank, his or her official position in the second blank, and his or her place of employment in the third blank. Space for two additional defendants is provided in B and C.)

　A. Defendant: Sheriff Roger Schipper.

　　Title: Sheriff of White Side County Jail.

　　Place of Employment: White Side County Jail.

　B. Defendant: Gary L. Spencer.

　　Title: States Attorney.

　　Place of Employment: _____

　C. Defendant: Kelly Wilhelmi.

　　Title: LT. For White Side County Jail (security)

　　Place of Employment: White Side County Jail

(If you have more than three defendants, then all additional defendants must be listed according to the above format on a separate sheet of paper.)

2

III. Exhaustion of Administrative Remedies

You are required to exhaust all your available administrative remedies before bringing an action in federal court.

A. Is there a grievance procedure available at your institution?

YES ( )  NO (✓)  If there is no grievance procedure, skip to F.

B. Have you filed a grievance concerning the facts in this complaint?

YES ( )  NO (✓)

C. If your answer is YES:

1. What steps did you take?
   N/A.

2. What was the result?
   None: N/A.

3. If the grievance was not resolved to your satisfaction, did you appeal? What was the result (if there was no procedure for appeal, so state.)
   N/A.

D. If your answer is NO, explain why not:
Because, First of all there was "No Grievance Proceedure," In Whiteside County Jail. Secondly; IF there was "No One" would have Listened to Me.

3

E. Is the grievance procedure now completed? YES (✓) NO ( )

F. If there is no grievance procedure in the institution, did you complain to authorities? YES (✓) NO ( )

G. If your answer is YES:

1. What steps did you take?
My Psych Doctor, went to the States Attorneys 2x (Two-Times) and ask if She could send Petitioner to an outside Hospital, All without avail.

2. What was the result?
The States Attorney Just Laught at the Psych Doctor And told Her, that, "he would not send Petitioner anywhere."

H. If your answer is NO, explain why not:
N/A.

IV. List ALL lawsuits you (and your co-plaintiffs, if any) have filed in any state or federal court (including the Central and Southern Districts of Illinois):

   A. Name of case and docket number: __N/A.__

   B. Approximate date of filing lawsuit: _____

   C. List all plaintiffs (if you had co-plaintiffs), including any aliases: _____

   D. List all defendants: __N/A.__

   E. Court in which the lawsuit was filed (if federal court, name the district; if state court, name the county): __N/A.__

   F. Name of judge to whom case was assigned: __N/A.__

   G. Basic claim made: __N/A.__

   H. Disposition of this case (for example: Was the case dismissed? Was it appealed? Is it still pending?): __N/A.__

   I. Approximate date of disposition: __N/A.__

IF YOU HAVE FILED MORE THAN ONE LAWSUIT, THEN YOU MUST DESCRIBE THE ADDITIONAL LAWSUITS ON ANOTHER PIECE OF PAPER, USING THIS SAME FORMAT. REGARDLESS OF HOW MANY CASES YOU HAVE PREVIOUSLY FILED, YOU WILL NOT BE EXCUSED FROM FILLING OUT THIS SECTION COMPLETELY, AND FAILURE TO DO SO MAY RESULT IN DISMISSAL OF YOUR CASE. CO-PLAINTIFFS MUST ALSO LIST ALL CASES THEY HAVE FILED.

V. Statement of Claim:

State here as briefly as possible the facts of your case. Describe precisely how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not give any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

On or about October 11, 2006, Mr. Michael C. Gladhill, was arrested and could not post bond and was taken to White Side County Jail, sometime in January 2007, Petitioner tryed to commit suiside, by hanging himself while in the White Side County Jail. But, was caught, and moved to "A" Block, So he could be watched better or closer. And called a Mental Health worker to talk with Petitioner. And she stated that Petitioner needed to go to a hospital for help, She even went to the States attorney and asked him to send Petitioner to an Outside Hospital. All without avail, for all they did was Laugh-at her. But, Petitioner did not know then what she had tried to do, for Petitioner, Until late around April 2007, when stated psych worker told petitioner, "This would have not happened if they would have just listened to me," "to have you committed to an outside hospital".

But, I started to have problems in "A" Block, So Petitioner was moved back to "F" Block, And spirits (evil) spirits were all around Petitioner, So Petitioner dug a hole through the Wall, to try to get away from them (the demons).

But, I got Caught in the process of getting away from the evil spirits. So, they put Petitioner in a Chair then Bound Petitioner's

feet, hands, and chest, for 24 Hours. And then Petitioner tried to hang himself, latter that same week, again. And they put Petitioner back into the Chair, again for 24 Hours, and then after 3 weeks the Officers of White Side County Jail put Petitioner back in "A" Block.

And the "Demons" followed me, jumping in and out of my side, RT side. I tryed to cut them out. All without avail. And that day I spoke with the Doctor from Psych Unit, again, and then again she stated that, "you need to go to an outside Hospital, for help. And went again to try to get me committed, But, was laughed at. Well Petitioner could not get Rid of them, the Spirits. Petitioner got a hold of a Razor Blade and tryed to cut them out, of Petitioner on the side where they Keep Jumping in and out of me. They I had to go to the Hospital for Surgury, because there was fat build up on the side where Petitioner had cut it open with the razor Blade. Even when I was going to the Hospital, the security officers keep saying, "That better not be From a Razor blade." If it was Petitioner was going back in the Chair. So Petitioner got scared and told them that Petitioner had poped it with a staple. So, after surgery they put Petitioner back in "A" Block again. But, Petitioner even saw the spirits inside of me.

And I just wanted them out of me. So, I thought that by swallowing some Razors they would run them out of Petitioner or kill petitioner. So, petitioner did just that, Petitioner swallowed one Razor and when on Monday April 16, 2007, the security Guard came into petitioners cell, he could not find the razor.

VI. Relief:

The as the Deputy Sheriff would not give Petitioner a Glass Glass of Water and or food. They the Deputy Sheriffs "would not allow petitioner come out of his cell. (Never).

The Deputy Sheriff came and asked petitioner for the Razor that he had given Petitioner. Petitioner told the Deputy Sheriff that he had swallowed it (The Razor). The Deputy Sheriff left and Returned with approximatley 7 Deputys, along with a Tazer Gun telling Petitioner to give them the Razor Blade. Petitioner told them again, "I swallowed it". They looked every where for the Stated Razor Blade, and never found anything. So, they put Petitioner back into the Chair again, this time for 40 Hours, But, after Petitioner had swallowed the Razor Blade, it began to cut Petitioners throat.

Petitioner, started spitting up blood every where. And was asking if they would take Petitioner to the Outside Hospital. And was told by the Deputy Sheriffs that they would "not" take Petitioner to any hospital, that they didn't care if Petitioner was spitting up Blood. And stated Deputy Sheriffs stated "we don't care if you shit Blood and or piss blood," "Youre not going to any hospital." Now, Petitioners in the Chair again and the Deputy Sheriffs Put this Red hat on Petitioner with Lotion in it, So when Petitioner sweat the sweat would Run into Petitioners eyes and Burned Like hell, and after Approximatley 8 Hours, Petitioner started to feel the Razor Blade cutting Petitioner.

Petitioner started yelling of Pain and agony on Monday April 16, 2007 at approximatley 9:00am. Next they put Petitioner back into the Chair at approximatley 4:00pm, and this did not do anything but, irritate the Razor Blade in Petitioners Stomach. When the Razor started cutting Petitioner, He started yelling and Howleing.

They made fun of Petitioner, telling Petitioner to eat some more Razor Blades, And, you sound like a "bitch" in Labor, and Petitioner begged to go to the Doctor. And they just Laughed at Petitioner and said youre not going Mother Fucker, to the Hospital.

So, on tuesday April 17, 2007, Petitioner was still in a hell of a lot of pain, But, Petitioner was even saying more and yelling and telling the Deputys that Petitioner had to go to the hospital, but, all they did was continue to Laugh at Petitioner again. Petitioner at this point could not eat and or Drink anything even if Petitioner wanted to because of the pain and agony Petitioner was in.

Petitioner, howlered and screamed and yelled all night long on Wednesday April 18, 2007, at this point Petitioners stomach was numb. But, the side of Petitioner was dripping with sweat, off and on and still in pain yelling and crying, asking to go to the Hospital.

But, "No-One" would come to petitioners aid, even when petitioner moved his bowel, it was nothing but Blood. And petitioner told the Deputy Sheriffs. But Blood Kept comming out, and was told to flush it down the toilet. And still Refused to take Petitioner to the Hospital.

Thursday April 19, 2007. Nothing more but, pain and agony. The Psych Doctor came to see petitioner and even she tried to get the Deputys to take petitioner to the Hospital, and they "Flat out" told her "No". This was when she told Petitioner she had tried to get them to put Petitioner into a Mental Hospital, So they "denied" her again. Even though Petitioner still tried to go to the Hospital, For Petitioner begged them and all they said was "You did this to yourself," so, "you just have to suffer the consequences Mother fucker."

Friday April 20, 2007. Petitioners still in so much pain and still yelling, crying, screaming, and Howlering. But, "No-One would come to petitioners aid and or assistance." But on that night on April 20, 2007, Petitioner spoke to them one of the Deputys, and the Deputy got a metal Detector, the Deputy ran it up and down Petitioner, and it started to beep once it got to Petitioners stomach Area. The Deputy tried to get them to take Petitioner to the Hospital again without avail.

Saturday April 21, 2007. Petitioner was in so much pain that Petitioner could not move and or Stand at all. Sweating, yelling, Howlering, and Crying, but, "No-help," Just them "Laughing" at Petitioner making fun of Petitioner. "No-One would come to the aid of Petitioner at all.

Sunday April 22, 2007. That dreadful day, Petitioner felt that it was over, there was nothing Petitioner could do and or say to go to the outside Hospital or to see a Doctor. Petitioner knew his life was over, Petitioner could not move, Petitioner could not hardly even yell, no more, Because of all the yelling, Howlering Screaming and Crying all week long. And now Petitioner had fever of 108° and all of Petitioners Joints hurt, all Petitioner could do was cry with a Horsevoice, and "No one" would come to Petitioner's aid, And or Assistance, and or to try to get Petitioner any type of Medical help.

But, they all just kept Laughing, Mocking and Making fun of Petitioner. Monday April 23, 2007 In the Morning, I knew if I did not try

9.

at lease one more time, I would die. So, I knocked myself out of Bed, with the little strength I had left and the pain from the fall was so painful all I could do was just yell, and howler, scream and cry with all I had left in me.

And finally on Monday April 23, 2007, they finally came and took Petitioner to the Outside Hospital. To find out that it was to late. The Emergency Room Doctor stated, "Petitioner was going to Die." Because Petitioner had "poison in Petitioners Stomach." And "there was nothing that could be done." For Petitioners large intestines were cut, and Petitioners small intestines and the bowel was outside of Petitioners stomach. Petitioner, was taken to surgery and was in the operating Room for approximatley 4 (four) hours.

Petitioner was hospitalized for only 3 (three) day. After having Major Surgery, And after being held in the Hospital for only 3 days, the stated Security Guards from the White Side County Jail took Petitioner, from the Hospital. Directly to Court from Petitioners Room at Sterling Hospital. Petitioner remembers nothing from the trial. Petitioner was very heavilly medicated and does not remember if Petitioner went to trial or if Petitioner took a Plea Agreement.

All Petitioner knows is that he's doing 12 (Twelve) years, For Fraud by Cashing Checks without funds in the Bank. And the sameday was sent to the Illinois Department of Corrections. Straight from the Hospital after having Major Surgery, to Court to be sentenced and to the Illinois Department of Corrections.

Followed by Plaintiffs Surgery got infected for leaving the Hospital to early. It was the Doctor here at the Illinois Department of Corrections that told Petitioner.

"Everyone," that Petitioner has spoken to regarding Petitioners situation recommends some legal action, should be taken. At the Hospital, they told Petitioner that he was "to late and that Petitioner was going to die". Petitioner told any and everyone that would listen, what the White Side County Jailers had done to Petitioner. At Dixon Correctional Center, Located at 2600 North Brinton Ave. Dixon, Illinois. 61021. The Counselor (Mr. Lopez) told Petitioner that he needed to file a civil Law suite under Title 42 Section 1983.

This is the result of Counselor Lopez' advice, Per. Graham v. Perez, 121 F. Supp. 2d. 317, N. 9. (S.D.N.Y.) (2000). Waiver based on "Mitigating Circumstances," Such as Transfer to another prison. See Also; Estelle v. Gamble, 97 S. CT. 285 (1976). (medical Denial).

Sheriff Roger Schipper, acting under color of state law, did infact violate Petitioners 8th., and 14th. U.S. Const. Amends. by denying Petitioner adequate medical treatment, they were being deliberately indifferent, under the 8th. and 14th. U.S. Const. Amends. to the Petitioners serious medical needs.

10.

Petitioner attempted to commit suicide by trying to hang himself 2 (two) times. And had swallowed the Razor Blade. And had it removed from Petitioners Stomach.

After the Sheriff, Security Guards and the States Attorney were advised of Petitioners "Serious Medical Needs." Yet and still Petitioner was not transferred from the White Side County Jail, to any Medical and or psychiatric Hospital. Prior to these Suicide Attempts, of which could have been prevented.

But, the States Attorney Gary L. Spencer after being "advised twice," on two different occasions Denied Petitioners Request to be taken to Sterling Hospital, when the razor was swallowed on April 16, 2007 Monday, Petitioner was admitted to Sterling Medical Hospital on April 23, 2007 Monday, 170 Hours, after 8 days of Denial of Medical either attention and or assistance, was admitted to Sterling Medical Hospital. After the on-set of the problem. Finally the Security Guards took Petitioner to the Hospital, as to where the Emergency Room Doctor stated to petitioner, that "Petitioner was going to die," because of the "Poison," and the "So badly infection" that had set into Petitioner Stomach.

But, thank God the stated Doctor responded to Petitioners Request to operate on Petitioner anyway. For Petitioner told the stated Doctor that "he had nothing Lose." And the stated Doctor then operated on Petitioners stomach and Removed the said Razor Blade. Of which had cut through Petitioners small and large intestines, of the inward parts of Petitioners stomach. As to where the exact path that the Razor went down.

Petitioners public Defender, and Petitioner ever heard White Side County Jails Sheriff Roger Schipper Say, "If Petitioner was ever to take back his plea," that, "he 'will' spend the rest of his time in that Chair, shackled." And Petitioner Believes what he heard.

11.

State briefly exactly what you want the Court to do for you. Make no legal arguments. Cite no cases or statutes.

Petitioner is filing this action against any and all individuals in their, Professional, Personal, Individual, Official and in their Unoffical Capacity, While Working Under Color of State Law. Petitioner is requesting this Most Honorable Court to grant Petitioner the sum of $3,000000.% for Punitive Damages, $3,000000.% in Compensatory and $1,000000.% in Nominal Damages, for Defendants "Medical Denial", "Pain", and "Agony", "Mental Anguish", "Emotional" effect of being "Mentally", "Physically", "Tortured", "Mocked", "Abuse", and being "Inhumane" to the Petitioners "Medical Needs", And being placed in a "life threatening", situation by their "Malicious", "Sadistic" Acts and "Omissions". For Defendants violated Petitioners Eighth and Fourteeth U.S. Consti. Amends, by failing to provide any and or adequate "Medical Treatment" and or "Care", "Deliberate Indifference", to Petitioners Serious Medical Needs, Constitutes, "Cruel and Unusual punishment. Regardless of whether the indifference was manifested by prison doctors in there response to the Petitioners needs or by Prison Guards, in intentionally denying and or Delaying access to medical care or intentionally interfering with Treatment. Cruel and Unusual punishment has been inflicted by Prison Staff. "Punishments are cruel and Unusual" when they involve, "Torture and or a lingering death." of which also involves the unnecessary and wanton Infliction of Pain.

Respectfully Submitted,
Michael C. Gladhill
Petitioner Pro-Se. (signature)

Certification

By signing this Complaint, I certify that the facts stated in this Complaint are true to the best of my knowledge, information and belief.

I understand that if this Certification is not correct, I may be subject to sanction by the Court.

Signed this 8 day of August, 2008

Mr. Michael C. Gladhill, Pro-Se.
PRINT Name: Pro-Se:
B-53838
PRISON I.D. Number:
Dixon Correctional Center.
Name of Institution:
2600 North Brinton Ave.
Address of Institution:
Dixon, Illinois. 61021.
City, State and Zip. Code.

12.