**PRISONER CASE**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

| | | | |
|---|---|---|---|
| **Plaintiff(s):** | MICHAEL GLADHILL | **Defendant(s):** | WHITE SIDE COUNTY JAIL, et al. |
| **County of Residence:** | LEE | **County of Residence:** | |
| **Plaintiff's Address:** | | **Defendant's Attorney:** | |

Michael Gladhill
B-53838
Dixon - DIX
P.O. Box 1200
Dixon, IL 61021

**FILED**
9-3-2008
SEP - 3 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

**Basis of Jurisdiction:**
- [ ] 1. U.S. Government Plaintiff
- [ ] 2. U.S. Government Defendant
- [✓] 3. Federal Question (U.S. gov't. not a party)
- [ ] 4. Diversity

**08CV5009
JUDGE BUCKLO
MAG. JUDGE VALDEZ**

**Citizenship of Principal Parties (Diversity Cases Only)**
Plaintiff:
Defendant:

**Origin:**
- [✓] 1. Original Proceeding
- [ ] 2. Removed From State Court
- [ ] 3. Remanded From Appellate Court
- [ ] 4. Reinstated or Reopened
- [ ] 5. Transferred From Other District
- [ ] 6. MultiDistrict Litigation
- [ ] 7. Appeal to District Judge from Magistrate Judgment

**Nature of Suit:** 555 Prison Conditions

**Cause of Action:** 42:1983pr

**Jury Demand:** [ ] Yes [✓] No

**Signature:** /s/ **Date:** 9/3/08