UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

FILED MHN LCW
SEP 0 3 2008
SEP 03 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Plaintiff(s) Mr. Michael C. Gladhill, Pro-Se.

v.

Defendant(s) White Side County Jail et al

08CV5009
JUDGE BUCKLO
MAG. JUDGE VALDEZ

## MOTION FOR APPOINTMENT OF COUNSEL

1. I, Michael C. Gladhill, pro-se declare that I am the (check appropriate box) ☑ plaintiff ☐ defendant in the above-entitled proceeding and state that I am unable to afford the services of an attorney, and hereby request the Court to appoint counsel to represent me in this proceeding.

2. In support of my motion, I declare that I have made the following attempts to retain counsel to represent me in this proceeding: None at present or Just to Attorneys in this Area White Side County, and mijority of them responded with the Statement, That "I strongly recommend that you contact another attorney immediately." "Ward and Ward" of Dixon, Illinois. 60121.

3. In further support of my motion, I declare that (check appropriate box):

   ☒ I am not currently, nor previously have been, represented by an attorney appointed by the Court in this or any other civil or criminal proceeding before this Court.

   ☑ I am currently, or previously have been, represented by an attorney appointed by this Court in the proceeding(s) described on the back of this page.

4. In further support of my motion, I declare that (check appropriate box):

   ☑ I have attached an original Application to Proceed In Forma Pauperis in the proceeding detailing my financial status.

   ☐ I have previously filed an Application to Proceed In Forma Pauperis in this proceeding and it is a true and correct representation of my financial status.

   ☐ I have previously filed an Application to Proceed In Forma Pauperis in this proceeding; however, my financial status has changed and I have attached an amended Application to Proceed In Forma Pauperis to reflect my current financial status.

5. I declare under penalty that the foregoing is true and correct.

Michael C. Gladhill
Movant's Signature B-53838

2600 N. Brinton Ave.
Street Address

Dixon, Illinois. 61021
City/State/Zip

Date: 8-28-08

As indicated in paragraph three on the opposite page, I am currently, or previously have been, represented by an attorney appointed by this Court in the following civil or criminal action(s):

| Assigned Judge | Case Number |
|---|---|
| ~~*~~ Trial Judge | 06-CF-484 |
| Case Title: Criminal Case, People v/s. Michael C. Gladhill, | |
| Appointed Attorney's Name: Don't Know, Because he was appointed when I was Released From Hosp. And I never Spoke to him, Before, During and or after trial. | |
| If case is still pending, please check box: ☐ No. | |

| Assigned Judge | Case Number |
|---|---|
| N/A. | |
| Case Title | |
| Appointed Attorney's Name | |
| If case is still pending, please check box: ☐ | |

| Assigned Judge | Case Number |
|---|---|
| N/A. | |
| Case Title | |
| Appointed Attorney's Name | |
| If case is still pending, please check box: ☐ | |

| Assigned Judge | Case Number |
|---|---|
| N/A. | |
| Case Title | |
| Appointed Attorney's Name | |
| If case is still pending, please check box: ☐ | |

GPO 812-417